# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| TIAWAN BRITTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE No. 1:24-cv-04644-LMM |
| STEINHEIMER/KAUFMANN LLLP, | ) |
| | ) |
| Defendant. | ) |

## <u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Tiawan Britton and Defendant Steinheimer/Kaufmann LLLP, by and through the undersigned counsel of record, hereby stipulate and agree that the instant matter be dismissed with prejudice, without an award of fees or costs to either party.

Dated: March 14, 2025.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
Ehrlich Law Office, LLC
493 Flat Shoals Avenue, S.E.
Atlanta, Georgia 30316
Tel: (404) 365-4460
Fax: (855) 415-2480
craig@ehrlichlawoffice.com

/s/J. David Hopkins
J. David Hopkins

- 1 -

Georgia Bar No. 366505
J. David Hopkins Law LLC
2530 Parkside Drive
Atlanta, Georgia 30305
Tel: (404) 353-5184
dhopkins@jdhopkinslaw.com

## CERTIFICATE OF SERVICE

I certify that on March 14, 2025, I filed the within and foregoing Stipulation of Dismissal with Prejudice using the CM/ECF System for the federal District Court for the Northern District of Georgia, resulting in a true and correct copy of the same to be delivered via electronic mail to the following counsel of record:

J. David Hopkins, Esq.
J. David Hopkins Law LLC
2530 Parkside Drive
Atlanta, Georgia 30305
dhopkins@jdhopkinslaw.com

/s/Craig J. Ehrlich
Craig J. Ehrlich

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/Craig J. Ehrlich
Craig J. Ehrlich

- 2 -